**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 05-7762**

———————

In Re:  CHRISTOPHER R. WOODBERRY,

Petitioner.

———————

On Petition for Writ of Mandamus.
(CA-05-1440-4; CR-02-40)

———————

Submitted: February 28, 2006          Decided:  March 15, 2006

———————

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

———————

Petition denied by unpublished per curiam opinion.

———————

Christopher R. Woodberry, Petitioner Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Christopher Raphael Woodberry petitions for writ of mandamus, alleging the district court has unduly delayed acting on his motion under 28 U.S.C. § 2255 (2000). He seeks an order from this court directing the district court to act. He also requests expedited consideration of his petition. We find there has been no undue delay in the district court. Accordingly, while we grant Woodberry's application to proceed in forma pauperis in this court, we deny his petition for mandamus relief. We deny Woodberry's motion for expedited consideration as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED